**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JESSIE HILL                                                              PLAINTIFF
ADC #104136

V.                                    NO: 5:12CV00313 SWW

RAY HOBBS *et al.*                                              DEFENDANTS


### <u>JUDGMENT</u>

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 5th day of November,  2012.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE