**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | |
|---|---|
| **JESSIE HILL**<br>ADC #104136 | **PLAINTIFF** |
| V. | NO: 5:12CV00313 SWW |
| **RAY HOBBS** *et al.* | **DEFENDANTS** |

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 5th day of November, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE